■ JOHN GERACI et al., Appellants, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK et al., Respondents.—Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Joslin, J. (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Set Aside Verdict.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.